IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ANITIA MORRIS, Individually and on Behalf of the Estate of David Morris, as personal representative of the Estate of David Morris;** <br><br> **Plaintiff,** <br><br> vs. <br><br> **3D TRANSPORTATION, INC., an Iowa corporation; and MICHAEL SEGELKE,** <br><br> **Defendants.** | **8:20CV534** <br><br><br> **ORDER TO SHOW CAUSE** |

    Plaintiff Anitia Morris's counsel was granted leave to withdraw on June 14, 2021. (Filing No. 19). The court ordered Plaintiff to, within thirty-days of receiving notice of the court's order, (1) obtain new counsel as to her claims in her capacity as a non-attorney personal representative and (2) obtain new counsel or advise the court whether she intends to litigate her individual claims without the assistance of counsel. The court warned Plaintiff that the failure to do so may result in a dismissal of Plaintiff's claims without further notice. Plaintiff's former counsel filed an affidavit stating that on June 14, 2021, he emailed Plaintiff a copy of the court's order and sent a copy of the order by certified mail to Plaintiff to two separate addresses. (Filing No. 20). Plaintiff failed to comply with the court's order. Accordingly,

**IT IS ORDERED:**

1. Plaintiff, Anitia Morris, both individually and as personal representative of the Estate of David Morris, is given until **August 16, 2021**, to show cause why the court should not dismiss Plaintiff's claims for want of prosecution and for failure to comply with the Court's order.

2. The clerk shall mail copies of this order to Plaintiff, Anitia Morris, at:

    321 North Spring St., Apt. 2
    Sioux Falls, SD 57104

    and

    PO Box 342
    Walthill, NE 68067

Dated this 30th day of July, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge