## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANITIA MORRIS, Individually and on Behalf of the Estate of David Morris, as personal representative of the Estate of David Morris;<br><br>**Plaintiff,**<br><br>vs.<br><br>**3D TRANSPORTATION, INC.**, an Iowa corporation; and **MICHAEL SEGELKE**,<br><br>**Defendants.** | 8:20CV534<br><br><br>**FINDINGS AND RECOMMENDATION** |

Plaintiff Anitia Morris's counsel was granted leave to withdraw on June 14, 2021. (Filing No. 19). The court ordered Plaintiff to, within thirty-days of receiving notice of the court's order, (1) obtain new counsel as to her claims in her capacity as a non-attorney personal representative and (2) obtain new counsel or advise the court whether she intends to litigate her individual claims without the assistance of counsel. The court warned Plaintiff that the failure to do so may result in a dismissal of Plaintiff's claims without further notice. Plaintiff's former counsel filed an affidavit stating that on June 14, 2021, he emailed Plaintiff a copy of the court's order and sent a copy of the order by certified mail to Plaintiff to two separate addresses. (Filing No. 20). Plaintiff failed to comply with the court's order. On July 30, 2021, the court entered an order requiring Plaintiff to show cause why her claims should not be dismissed for want of prosecution and for failure to comply with the court's previous order. (Filing No. 21). The show cause deadline was August 16, 2021. Plaintiff did not respond to the order to show cause. No mail sent to Plaintiff has been returned to the court as undeliverable. Plaintiff, as a non-lawyer, cannot represent the estate of David Morris, has taken no further action in this case, and has not complied with the court's orders. Under the circumstances,

**IT IS HEREBY RECOMMENDED** to Chief United States District Court Chief Judge Robert F. Rossiter, Jr., that this case be dismissed without prejudice for failure to prosecute and failure to comply with this court's orders.

The clerk shall mail copies of this Findings and Recommendation to Plaintiff, Anitia Morris, at:

> 321 North Spring St., Apt. 2
> Sioux Falls, SD 57104

and

PO Box 342
Walthill, NE 68067

Dated this 20th day of August, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge

## ADMONITION

A party may object to a magistrate judge's findings and recommendation by filing an objection within fourteen (14) days after being served with a copy of the findings and recommendation. NECivR 72.2. Failure to timely object may constitute a waiver of any objection.